**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **BRAD LaGENE McGEE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-08-184-R** |
| | ) | |
| **DAVID PARKER, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner filed this action seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Valerie K. Couch for preliminary review. On July 21, 2008, Judge Couch issued a Report and Recommendation, wherein she recommended that the petition be denied. The record reflects that Petitioner has no objected to the Report and Recommendation nor sought an extension of time in which to respond. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY, and judgment shall be entered in favor of the Respondent.

IT IS SO ORDERED this 18th day of August, 2008.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE